# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-18-00153-CV
_____

### BEAUMONT MEDICAL CENTER HOTEL, LLC, Appellant

### V.

### UPI BUILDERS, LLC, Appellee

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-197,854-A**

### ORDER

The trial court's order granting summary judgment, which addressed only the counterclaims filed by appellant, Beaumont Medical Center Hotel, LLC, became final when the Hotel's counterclaims were severed into Trial Cause Number A-197,854-A. Cause Number A-197,854-A is the matter that is before us in this appeal. After the Hotel filed its notice of appeal, it filed a motion to stay the trial of Cause Number A-197,854, the case that is not before us in this appeal, until the appeal of Cause Number A-197,854-A had concluded. Appellant argues that its

1

counterclaims in Cause Number A-197,854-A, the action now on appeal, are inextricably interwoven with the claims asserted in Cause Number A-197,854. According to the Hotel, the parties will have to try what is essentially the same case twice should this Court reverse the trial court's summary judgment order in Cause Number A-197,854-A. Appellee, UPI Builders, LLC, objects to a stay of the trial in Cause Number A-197,854, which is currently set for trial on June 11, 2018. The stay the Hotel has requested in the appeal concerns Cause Number A-197,854, which is a different cause number than the cause number that is now before us.

Neither the rule permitting temporary orders in accelerated appeals nor the rule permitting temporary relief in an original proceeding apply to the circumstances that are presented here. *See* Tex. R. App. P. 29.3, 52.10. Appellant has not shown that a stay of the trial in Cause Number A-197,854 is necessary to protect our jurisdiction in Cause Number A-197,854-A, and the Hotel has provided no authority to the Court for this Court to order a separate cause number stayed for judicial economy alone. Accordingly, the Hotel's motion to stay is denied.

ORDER ENTERED May 21, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2